PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Nakeem Shariah              Cr.: 17-00025-001
                                                                   PACTS #: 2948133

Name of Sentencing Judicial Officer:   THE HONORABLE BRIAN R. MARTINOTTI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/30/2017

Original Offense:   Count One: Possession of a Firearm by a Previously Convicted Felon
                    18 U.S.C. § 922(g)(1), a Class C Felony

Original Sentence: 84 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Alcohol/Drug Testing and Treatment, Gang/Criminal Associations Prohibition, Financial Disclosure, New Debt Restrictions, Life Skills/Education, Motor Vehicle Compliance

Type of Supervision: Supervised Release              Date Supervision Commenced: 07/08/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Mr. Shariah violated the following special condition of supervised release: |

**"You must refrain from the illegal possession and use of drug, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition."**

On October 27, 2022, Mr. Shariah submitted to urinalysis during an office visit that tested positive for amphetamines and methamphetamines. The specimen was sent to Alere national lab and was confirmed positive for both illicit substances.

Prob 12A – page 2
Nakeem Shariah

U.S. Probation Officer Action:

Mr. Shariah was verbally reprimanded for his drug use and the consequences for continued illegal drug use were discussed. He continued to deny the use of any drugs even after the confirmed positive results from the national lab. The U.S. Probation Office will continue to monitor Mr. Shariah's compliance and continue testing for drug use. We will notify the Court of any additional non-compliance. We are respectfully requesting no action be taken against Mr. Shariah and allow this notice serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By:   DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

_____   12/09/2022
JOSEPH A. DAGROSSA                    Date
Assistant Deputy Chief U.S. Probation Officer

---

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

December 12, 2022
Date