PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Nakeem Shariah                    Cr.: 17-00025-001
                                                                        PACTS #: 2948133

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/30/2017

Original Offense:    Count One: Possession of a Firearm by a Previously Convicted Felon
                     18 U.S.C. § 922(g)(1), a Class C Felony

Original Sentence: 84 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Alcohol/Drug Testing and Treatment, Gang/Criminal
Associations Prohibition, Financial Disclosure, New Debt Restrictions, Life Skills/Education, Motor
Vehicle Compliance

Type of Supervision: Supervised Release                    Date Supervision Commenced: 07/08/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.                  On March 29, 2023, Mr. Shariah submitted a urinalysis which tested positive
                    for amphetamines and methamphetamines. The specimen was sent to Alere
                    national lab and was confirmed positive for both illicit substances.

Prob 12A – page 2
Nakeem Shariah

U.S. Probation Officer Action:

Mr. Shariah was verbally reprimanded for his continued drug use and the consequences for continued illegal drug use were discussed. Mr. Shariah's drug treatment will be increased to intensive outpatient substance abuse treatment and the U.S. Probation Office will continue to monitor Mr. Shariah's compliance. We will notify the Court of any additional non-compliance. We are respectfully requesting no action be taken against Mr. Shariah and allow this notice serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   DONOVAN K. HAMMOND
        U.S. Probation Officer

/ dkh

APPROVED:

_____                    04/10/23
PATRICK HATTERSLEY                              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
                Signature of Judicial Officer

_____
                April 10, 2023
                Date