PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Nakeem Shariah

Cr.: 17-00025-001
PACTS #: 2948133

Name of Sentencing Judicial Officer:   THE HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/30/2017

Original Offense:   Count One: Possession of a Firearm by a Previously Convicted Felon
18 U.S.C. § 922(g)(1), a Class C Felony

Original Sentence: 84 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Alcohol/Drug Testing and Treatment, Gang/Criminal Associations Prohibition, Financial Disclosure, New Debt Restrictions, Life Skills/Education, Motor Vehicle Compliance

Type of Supervision: Supervised Release          Date Supervision Commenced: 07/08/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.      On July 7, 2023, Mr. Shariah submitted a urinalysis which tested positive for amphetamines and methamphetamines. The specimen was sent to Alere national lab and was confirmed positive for both illicit substances.

U.S. Probation Officer Action:

Mr. Shariah was verbally reprimanded for his fifth positive drug test since his commencement of supervised release on July 8, 2022. Due to safety concerns from his gang affiliation, Mr. Shariah is no longer attending substance abuse treatment at Integrity House Inc. in Newark. Mr. Shariah has been referred for substance abuse treatment at Trinitas Hospital in Elizabeth, New Jersey. Mr. Shariah believes this change of location and provider will benefit his treatment process and help him refrain from drug use. The U.S. Probation Office will continue to monitor Mr. Shariah's compliance. We will notify the Court of any additional non-compliance. We are respectfully requesting no action be taken against Mr. Shariah and allow this notice to serve as a written reprimand from the Court.

Prob 12A – page 2
Nakeem Shariah

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

_____      07/26/23
PATRICK HATTERSLEY                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

7/26/2023
Date